# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Z. M-D b/n/f THERESE MENZIA,** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | **Case No. 1:19-CV-991-LY** |
| | § | |
| **AUSTIN INDEPENDENT SCHOOL** | § | |
| **DISTRICT,** | § | |
| *Defendant* | § | |

## ORDER

On this day, the Court held a hearing and heard argument from counsel of record on Austin Independent School District's Expedited Motion to Compel Discovery Responses (Dkt. 41). As stated on the record, the Court **HEREBY GRANTS** Defendant's Expedited Motion to Compel Discovery Responses and request for costs and attorneys' fees.[1] Accordingly, the Court **ORDERS** Plaintiffs to respond fully to Defendant's first set of interrogatories and requests for production by **February 12, 2021**.

The Court **FURTHER AWARDS** Defendant its necessary and reasonable attorneys' fees and costs incurred in preparing the Motion to Compel, pursuant to Fed. R. Civ. P. 37(a)(5)(A). Defendant is **ORDERED** to submit an accounting to the Court by **February 25, 2021**.

**SIGNED** on February 11, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Defendant's Motion was filed more than seven days after the discovery deadline, the Court finds that Plaintiffs' lengthy delay in adequately responding to Defendant's discovery requests constitutes exceptional circumstances under Local Rule CV-16(d).